STATE OF MAINE
YORK, ss.

SUPERIOR COURT
Civil Action
Docket No. RE-02-084

ANCHORAGE REALTY TRUST, )
)
Plaintiff )
)
)
v. ) JUDGMENT
)
BRENDAN R. DONOVAN and )
MARION L. DONOVAN, )
)
Defendants )

DONALD L. GARSPRECHT
LAW LIBRARY

SEP 8 2003

This matter came before the Court on the Plaintiff's Motion for Summary

Judgment. After consideration of the pleadings, and argument of counsel, the Court

hereby finds that the white picket fence line located along the northeasterly sideline of the

Plaintiff's property and the corresponding southwesterly sideline of the Defendants'

property represents the legal boundary line of the parties' property. The Court finds that

the Plaintiff has established all the necessary elements of a boundary by acquiescence in

accordance with the criteria set forth in the case of Maria Corporation v. Allain, 622

A.2d 1182, 1184 (Me. 1993). JUDGMENT is hereby entered for the Plaintiff on Counts

I and III of its *amended* Complaint. The Plaintiff is award costs of suit. *Count IV of the amended Complaint is voluntarily dismissed. Count II of the amended complaint remains for jury trial. The parties shall advise the Clerk of the*

Dated: *September 4, 2003*                    *Paul A. Fritzsche,* *advisability*
                                              Justice, York County Superior Court *of a dismissal*
                                                                                  *of Count V as*
                                                                                  *moot.*

lwC:\Documents and Settings\Owner\My Documents\litigation\dicesare\judgment^m4summaryjudg.doc

Alan E. Shepard, Esq. - PL
Alan S. Nelson, Esq. - DEFS

1